Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of tennis or badminton racket strings similar in all material respects to those the subject of Abstract 61832, the claim of the plaintiff was sustained.

No. 64893.—J. Einstein, Inc., and F. L. Kraemer Co. et al. v. United States, protests 323568–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon fabrics similar in all material respects to those the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 16, 1960

No. 64894.—Schmidt, Pritchard & Co., Inc. v. United States, protests 59/25962, 59/25963, and 59/25964 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

No. 64895.—American Home Food Products Corp. and Schmidt, Pritchard & Co., Inc. v. United States, protest 60/9128 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiffs was sustained.